HARTFORD ACCIDENT AND INDEMNITY COMPANY ET AL. *v.* ACE AMERICAN REINSURANCE COMPANY ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 25661), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal for lack of a final judgment?"

The Supreme Court docket number is SC 17329.

*Stuart D. Rosen* and *Michael C. D'Agostino,* in support of the petition.

*James F. Sullivan,* in opposition.

Decided December 15, 2004